

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JODI STROBACH, | § | No. 08-17-00182-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| WESTEX COMMUNITY CREDIT UNION, | § | of Reeves County, Texas |
| | § | (TC# 14-03-20605-CVR) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is the Appellant's second motion to correct the clerk's record. On December 19, 2017, the Court ordered the District Clerk of Reeves County to file a supplemental record containing legible copies of (1) Defendant TransPecos Banks' Traditional and No Evidence Motion for Summary Judgment (previously filed in Volume 3, pages 680-993 of the Clerk's Record) and (2) Plaintiff's Response to Defendants' Motion for Summary Judgment (previously filed in Volume 4, pages 1079-1099 of the Clerk's Record). The District Clerk filed a supplemental record as ordered but the supplemental record is incomplete as it does not include the entire 313-page summary judgment motion filed by Defendant TransPecos Bank. Therefore, we grant Appellant's second motion to correct the clerk's record. The Court ORDERS the District Clerk of Reeves County, Texas, to file a supplemental clerk's record containing Defendant TransPecos Bank's Traditional and No Evidence Motion for Summary Judgment previously filed

1

in Volume 3, pages 680 through 993 of the Clerk's Record. The supplemental clerk's record is due to be filed on or before March 5, 2018.

IT IS SO ORDERED this 13th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.